UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

ln re:	Case No.: 17-10853-LMI
	Chapter 13

**SARALY TORUNO COREA**,
_____Debtor.___/

## MOTION TO DEEM MORTGAGE IS CURRENT

According to the Trustee's records, **SARALY TORUNO COREA**, the Debtor, has paid, and the Trustee has disbursed, all regular on-going payments to U.S. Bank Trust National Association, as Trustee for LSF9 Master Participation Trust (the "Mortgagee") pursuant to the terms of the last confirmed plan. The last confirmed plan provided for adequate protection payments in the total amount of Nine Hundred Thirty and .00/100 Dollars ($930.00) for a total amount of Fifty-Five Thousand Eight Hundred and .00/100 Dollars ($55,800.00) paid in full pursuant to the Mortgagee's Proof of Claim 6-1. Since the Trustee's records reflect these payments are completed, the mortgage debt to Mortgagee should be current as of November 2021 (month following the last payment). (Please see Trustee's Payee Ledger Summary attached as **Exhibit "A"**.)

**THE MORTGAGEE SHALL FILE ANY OBJECTION TO THE STATUS OF THE MORTGAGE DEBT AS CURRENT NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING.**

All parties wishing to be heard shall appear at the scheduled hearing. If there is a dispute as to the status of the mortgage, the court may take evidence at the hearing or treat the hearing as preliminary and set a further evidentiary hearing on a different date.

Dated: August 18, 2022	Respectfully Submitted, By

	**MALOY LAW GROUP, LLC**
	540 N.W. 165 Street Road, Suite 210
	Miami, Florida 33169
	Telephone No.: (786) 483-7541
	Facsimile No.: (305) 402-0204
	Service E-mail: service@maloylaw.com

	By: */s/ Marilyn L. Maloy*
	    **Marilyn L. Maloy, Esq.**
	    Florida Bar No.: 012771

LF-79 (06/02/08)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached List of Creditors in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: */s/ Marilyn L. Maloy*
      Marilyn L. Maloy, Esq.
      Counsel for Debtor
      Marilyn@maloylaw.com
      Florida Bar No.: 12771