UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-10853-LMI
CHAPTER 13

IN RE:

SARALY TORUNO COREA
Debtor.
_____/

## RESPONSE TO DEBTOR'S MOTION TO DEEM MORTGAGE IS CURRENT

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust ("Creditor"), by and through its undersigned counsel hereby files its Response to Debtor's Motion to Deem Mortgage is Current and states as follows:

1. Debtor filed a Motion to Deem Mortgage is Current (Doc 128) on August 18, 2022.

2. Debtor's Motion to Deem Mortgage is Current alleges that the pre-petition arrears have been paid in full and that the Debtors are current as of November 2021.

3. Creditor agrees that the pre-petition arrears have been paid in full.

4. Creditor further agrees that the Debtor is current in monthly payments. The loan has been paid in full.

WHEREFORE, the Creditor respectfully files this response to the Debtor's Motion to Deem Mortgage is Current.

        Gilbert Garcia Group P.A.
        Attorney for Secured Creditor
        2313 W. Violet St.
        Tampa, Florida  33603
        bankruptcy@gilbertgrouplaw.com
        Telephone No.:  (813) 443-5087
        Facsimile No.: (813) 4435089

        By:/s/ Amy M. Kiser
        Michelle Garcia Gilbert, Esq.
        Florida Bar# 549452
        Amy M. Kiser, ESQ.
        Florida Bar# 46196

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on 9/8/22 by CM/ECF or by regular U.S. Mail:

*Debtor*
**Saraly Toruno Corea**
4381 SW 11 Street
Miami, FL 33134

represented by **Marilyn L Maloy**
MALOY LAW GROUP, LLC
540 NW 165 Street Road, Suite 210
Miami, FL 33169
(786)483-7541
Fax : (305)402-0204
Email: marilyn@maloylaw.com

*Trustee*
**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

Gilbert Garcia Group P.A.
Attorney for Secured Creditor
2313 W. Violet St.
Tampa, Florida  33603
bankruptcy@gilbertgrouplaw.com
Telephone No.:  (813) 443-5087
Facsimile No.: (813) 4435089

By:/s/ Amy M. Kiser
Amy M. Kiser, ESQ.
Florida Bar# 46196